**2010–1373.   State v. Thompson.**
Summit App. No. CR2008072390. Reported at 141 Ohio St.3d 254, 2014-Ohio-4751, ___ N.E.3d ___. On motion for rehearing and reconsideration. Motion denied.
   PFEIFER and O'NEILL, JJ., dissent.

**2014–1216.   Hawk v. Stocklin.**
Allen App. No. 1–13–56, 2014-Ohio-2335. Reported at 140 Ohio St.3d 1497, 2014-Ohio-4845, 18 N.E.3d 1251. On motion for reconsideration. Motion denied.
   O'DONNELL, J., dissents.
   FRENCH, J., dissents and would grant the motion as to Proposition of Law No. I.

**2014–1279.   State v. Oester.**
Stark App. No. 2012–CA–00118, 2013-Ohio-2676. Reported at 140 Ohio St.3d 1507, 2014-Ohio-5098, 19 N.E.3d 924. On motion for reconsideration. Motion denied.
   O'CONNOR, C.J., and FRENCH and O'NEILL, JJ., dissent.

**2014–1485.   Brown v. Williams.**
In Mandamus. Reported at 140 Ohio St.3d 1495, 2014-Ohio-4845, 18 N.E.3d 1250. On motion for reconsideration. Motion denied. On relator's "motion to expedite and re: Nationwide Mutual Insurance Companies 'bad faith' against Aretha D. Brown, the 3rd party beneficiary". Motion denied. On respondent's motion to strike relator's motion to expedite. Motion denied. On relator's motion to strike opposition of respondent. Motion denied.

**2014–1506.   State v. Ellis.**
Cuyahoga App. No. 99830, 2014-Ohio-3226. Reported at 140 Ohio St.3d 1508, 2014-Ohio-5098, 19 N.E.3d 924. On motion for reconsideration. Motion denied.

**2014–1574.   State v. Gonzalez.**
Lucas App. Nos. L–13–1206 and L–13–1207, 2014-Ohio-3272. Reported at 140 Ohio St.3d 1465, 2014-Ohio-4629, 18 N.E.3d 445. On motion for reconsideration. Motion denied.
   PFEIFER and O'NEILL, JJ., dissent.

**2014–1689.   State ex rel. Williams v. Clancy.**
In Mandamus. Reported at 140 Ohio St.3d 1520, 2014-Ohio-5251, 20 N.E.3d 728. On motion for reconsideration. Motion denied.

**2014–1790.   State v. Moody.**
Franklin App. No. 06AP–1034. Reported at 140 Ohio St.3d 1520, 2014-Ohio-5251, 20 N.E.3d 729. On motion for reconsideration. Motion denied.
   O'DONNELL and FRENCH, JJ., not participating.